UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| **JOSHUA ROY MOSES,**<br><br>     **Plaintiff,**<br><br>  v.<br><br>**DR. RAVI SOOD, DR. LOUIS G. FARES, DR. B. CHOWDHURY, NICOLETTA TURNER-FOSTER, DAVID ORTIZ, UNITED STATES OF AMERICA, and BUREAU OF PRISONS, JOHN/JANE DOES 1-10.**<br><br>     **Defendants.** | CIVIL ACTION NO. 20-cv-1025<br><br>**STIPULATION OF DISMISSAL** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff Joshua Moses and defendants Dr. Ravi Sood, Dr. Nicoletta Turner-Foster, former Warden David Ortiz (collectively the "Individual Federal Defendants"), the Bureau of Prisons ("BOP"), and the United States of America (all, collectively, the "Federal Defendants"), by and through undersigned counsel, hereby stipulate that all claims and defenses asserted between them and against the Federal Defendants be dismissed, with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. This stipulation of dismissal shall not impact Plaintiff's claims against Defendant Dr. Chowdhury. This stipulation of dismissal shall not impact Defendant Dr. Chowdhury's cross claims against the Federal Defendants for an allocation of causative fault between settling and non settling defendants on any of Plaintiffs claims, with the express understanding that Dr. Chowdhury will not and cannot pursue a claim for contribution against any settling party including the Federal Defendants.

- 2 -

*s/Saranne E. Weimer*
Saranne E. Weimer
Reed Smith LLP
*Pro Bono* Counsel for Plaintiff

PHILIP R. SELLINGER
United States Attorney

By: */s/ Matthew J. Mailloux*
    MATTHEW J. MAILLOUX
    Assistant United States Attorney

*s/Michael Pattanite*
Michael Pattanite
Lenox Law Firm
Counsel for Dr. Chowdhury

So Ordered this 22nd day of April, 2024

*KarenMWilliams*

KAREN M. WILLIAMS
United States District Court