UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA MOSES,<br><br>                    Plaintiff,<br><br>                    v.<br><br>RAVI SOOD, et al.,<br><br>                    Defendants. | Civil Action No. 20-1025 (KMW) (MJS)<br><br>**ORDER** |

      This matter having come before the Court on Defendant Chowdhury's motion seeking summary judgment in this civil rights matter (ECF No. 117, Michael A. Pattanite and Costadinos J. Georgiou, appearing), the Court having considered the motion, the record of proceedings in this matter, Plaintiff's response to the summary judgment motion (ECF Nos. 134-35, Saranne E. Weimer, Wendy D. Choi, and Don A. Innamorato, appearing), and Defendants' reply (ECF No. 136), and for the reasons set forth in the accompanying opinion,

      **IT IS** on this 20th day of May, 2024,

      **ORDERED** that Defendants' motion seeking summary judgment (ECF No. 117) is **GRANTED**; and it is further

      **ORDERED** that judgment is entered in favor of Defendant Chowdhury on Plaintiff's Eighth Amendment deliberate indifference to medical needs claims only; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying opinion upon the parties electronically.

/s/ Karen M. Williams

Hon. Karen M. Williams,
United States District Judge